

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GABRIEL MARIN, | § | No. 08-19-00186-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court #4 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20180C03247) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF APRIL, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.